**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Brian Sanders<br>    Sheri Gregory-Sanders<br>        Debtor(s) | Case No. 17-01139 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>01/15/2017</u>.

2) The plan was confirmed on <u>NA</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA</u>.

5) The case was converted on <u>05/04/2017</u>.

6) Number of months from filing to last payment: <u>0</u>.

7) Number of months case was pending: <u>4</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>$11,751.00</u>.

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACADEMIC ENDOCRINE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AUTOMOTIVE CREDIT CORP | Unsecured | 6,014.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 1,366.00 | NA | NA | 0.00 | 0.00 |
| CITY OF AURORA | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 2,265.00 | NA | NA | 0.00 | 0.00 |
| EDWARD P GRAHAM LTD | Unsecured | 8,112.00 | NA | NA | 0.00 | 0.00 |
| EMPACT EMERGENCY PHYSICIANS | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 691.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| FOX METRO WATER RECLAMATION | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SERVICES | Unsecured | 2,987.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLL HIGHWAY AUTHORITY | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE ALAN I EHRENBERG LL | Unsecured | 5,457.00 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY FIRE PROTECTION D | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL SAVINGS CREDIT | Unsecured | 955.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGIST SC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION NAVIENT | Unsecured | 23,000.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICINE | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOCS OF AURORA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC FACULTY FOUND LURIE | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC HEALTH ASSOCIATES | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RUSH COPLEY MEDICAL CTR | Unsecured | 1,460.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL GROUP | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| VALLEY IMAGING CONSULTANTS Ll | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BOLINGBROOK POLICE | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OSWEGO | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHAUMBURG | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| SIERRA AUTO FINANCE LLC | Unsecured | 2,834.00 | NA | NA | 0.00 | 0.00 |
| SIERRA AUTO FINANCE LLC | Secured | 14,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/22/2017                              By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**